U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2016 APR 18  AM 11: 50

CLERK
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 2:15-CR-99 |
| | : |
| RAYMOND EDWARDS, | : |
| Defendant | : |

## ORDER SEALING EXHIBITS TO GOVERNMENT'S NOTICE OF FILING VICTIM IMPACT STATEMENTS

This matter having been presented to the Court by the United States of America, and the Court having considered said motion and with good cause shown, it is hereby

ORDERED that the exhibits to the Government's Notice of Filing Victim Impact Statements (Under Seal) are hereby sealed.

Dated at Burlington, in the District of Vermont, this 18th day of April, 2016.

HON. CHRISTINA REISS
CHIEF UNITED STATES DISTRICT JUDGE

1